UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,

    Plaintiff,

v.

A<small>MY</small> L<small>UCILLE</small> S<small>HANTY</small>,

    Defendant.

_____/

Hon. Jane M. Beckering

Case No.  1:23-cr-11-JMB-2

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of Indictment. The Indictment charges her with Conspiracy to Sexually Exploit a Child in violation of 18 U.S.C. §§ 2251(a) and (c) and 2256; Sexual Exploitation, Attempt Sexual Exploitation, and Aiding and Abetting the Sexual Exploitation of a Child in violation of 18 U.S.C. § 2251(a) and (c), and 18 U.S.C. § 2256 and 18 U.S.C. § 2 and Possession of Child Pornography in violation of 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2) and 18 U.S.C. § 2256.

The government sought defendant's detention on the basis that she is a danger to the community, 18 U.S.C. § 1342(f)(1). Due to the nature of the charges, the government enjoys a statutory rebuttable presumption that there is no condition or combination of conditions that will protect the safety of the community.  The Court conducted a hearing on February 7, 2023, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that defendant has failed to rebut the presumption.  Moreover, the Court finds that the government has met its burden of proving by clear and convincing evidence that defendant poses a danger to the community.  The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the safety of the community  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on February 8, 2023.

Date February 8, 2023                                  /s/ Phillip J. Green
                                                       PHILLIP J. GREEN
                                                       United States Magistrate Judge