| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | No. 1:23-cr-11 |
| vs. | | Hon. Jane M. Beckering |
| AMY LUCILLE SHANTY, | | |
| | Defendant. | |

**SUPPLEMENT TO SENTENCING MATERIALS**

By way of update, Amy Shanty informs the Court that she is no longer in a relationship with Richard Pridnia. PIR, RE66, ¶ 99, PageID631. The relationship has ended since the presentence report was prepared.

Respectfully Submitted,

Dated: August 8, 2023
WILLEY & CHAMBERLAIN LLP
Attorneys for Defendant

s/ Britt M. Cobb
_____
Britt M. Cobb (P69556)

300 Ottawa Avenue, N.W., Suite 810
Grand Rapids, Michigan 49503
(616) 458-2212
bmc@willeychamberlain.com